

**ORDERED in the Southern District of Florida on May 14, 2013.**

*John K. Olson, Judge*
*United States Bankruptcy Court*

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 12-13989-BKC-JKO |
| | Chapter   7 |
| **PETER G. HERMAN**, | |
| Debtor. | |
| _____/ | |
| **CIB MARINE CAPITAL, LLC**, as assignee | Adv. Proc. No. 12-01785-BKC-JKO |
| of CIB Marine Bancshares, Inc., | |
| successor by merger to Citrus Bank, N.A., | |
| Plaintiff, | |
| v. | |
| **PETER G. HERMAN**, | |
| Defendant. | |
| _____/ | |

**ORDER ON EMERGENCY MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL RULE 7026-1(E); MOTION FOR RE-HEARING OF ORDER [D.E. 47] GRANTING EX PARTE MOTION TO EXTEND DEADLINE AND SET DEPOSITIONS**

THIS MATTER came before the Court for hearing on May 7, 2013 at 9:29 a.m. upon the *Emergency Motion for Protective Order Pursuant to Federal Rule of Bankruptcy Procedure 7026 and Local Rule 7026-1(E)*; *Motion for Re-Hearing of Order [D.E. 47] Granting Ex Parte Motion to Extend Deadline and Set Depositions* (ECF Nos. 55, 56) ("Emergency Motion") filed by the Defendant, Peter G. Herman, and the Response to the Emergency Motion (ECF No. 57) ("Response") filed by Plaintiff, CIB Marine Capital, LLC, as assignee of CIB Marine Bancshares, Inc., successor by merger to Citrus Bank, N.A. ("CIB Marine"). The Court, having reviewed the Motion, the Response, the record in this Adversary Proceeding and the record in the related Chapter 7 bankruptcy case, and heard argument of counsel at the hearing, finds good cause exists for granting the relief set forth herein. Therefore, it is:

**ORDERED** that:

1. The Discovery Period is extended through and including **May 15, 2013**.

2. Alex D. Brown, Esq. shall appear for deposition at **9:30 a.m. on May 15, 2013** at STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A., 200 East Las Olas Boulevard, Suite 2100 (Penthouse A), Fort Lauderdale, Florida.

3. Ed J. Pozzuoli, Esq. shall appear for deposition at **2:00 p.m. on May 13, 2013** at STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A., 200 East Las Olas Boulevard, Suite 2100 (Penthouse A), Fort Lauderdale, Florida.

###

**Submitted by**:

KRISTOPHER E. PEARSON, ESQ.
Florida Bar Number 0016874
kpearson@stearnsweaver.com
STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-3395

(Upon entry of this order, Attorney Pearson is directed to serve a copy of the Motion, if not previously served, and this Order upon all interested parties, and to file a certificate of service.)

#2887336 v1